IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
|     JAMES ALBERT D'ANGELO, SR. AND CAROLYN MARIE D'ANGELO, | : | |
| DEBTOR. | : | BANKRUPTCY NO. 11-14926-MDC |
| | : | |
| JAMES ALBERT D'ANGELO, SR. AND CAROLYN MARIE D'ANGELO, | : | |
| | : | |
| PLAINTIFFS, | : | ADVERSARY NO. 12-00301-MDC |
| V. | : | |
| J.P. MORGAN CHASE BANK, N.A., | : | |
| DEFENDANT. | : | |

# **O R D E R**

**AND NOW**, upon consideration of (1) the Motion for Preliminary Injunction [Docket No. 5] (the "Injunction Motion") filed by James Albert D'Angelo, Sr. and Carolyn Marie D'Angelo (the "Debtors"), and (2) the Motion to Dismiss Adversary Proceeding or, Alternatively, Abstention dated May 7, 2012 (the "Motion to Dismiss") filed by J.P. Morgan Chase Bank, N.A. ("J.P. Morgan");

It is hereby **ORDERED** that:

1. The Debtors' claims to avoid pursuant to §§544(a)(1), (2) and (3) the equitable lien imposed by an Order dated April 11, 2011 issued by the Bucks County Court to J.P. Morgan in the amount of $1,339,387.30 are **DISMISSED** without prejudice;

2. The Debtors' claim to avoid the Equitable Lien pursuant to §544(b) is **DISMISSED** without prejudice;

3. This Court will invoke its discretion under 28 U.S.C. §1334(c) and **ABSTAIN** from considering the Debtors' claims to avoid pursuant to §§544(a)(1), (2), (3) and 544(b), and to otherwise determine the validity the Mortgage dated August 11, 2005; and

4. The Injunction Motion is **DENIED** due to the Debtors' failure to establish substantial likelihood of success on the merits of their claims in the Amended Complaint.

Dated: July 19, 2012

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

David A. Scholl
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA  19148

Anne M. Aaronson, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102

Courtroom Deputy
Eileen Godfrey